USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MATZURA, *individually and on behalf of all other persons similarly situated*,

    Plaintiff,

v.

SCHROON RIVER CAMPSITES, LLC,

    Defendant.

19-CV-8083 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed the complaint on August 29, 2019. The Court scheduled an initial status conference in this action for December 20 at 3:15 p.m. To date, however, Plaintiff has not filed proof of service on the docket, and Defendant has not appeared. No later than December 30, Plaintiff shall serve Defendant and file proof of service on the docket. Failure to do so may lead to dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

    The initial status conference scheduled for December 20 is adjourned to January 24, 2020 at 10:15 a.m.

SO ORDERED.

Dated:    December 16, 2019
           New York, New York

Ronnie Abrams
United States District Judge